THOMAS FAY, Respondent, *v.* JOHN C. MCGUIRE et al., Composing the Firm of MCGUIRE & Low, Appellants.

*Fay* v. *McGuire,* 20 App. Div. 569, affirmed.
(Argued April 2, 1900; decided April 17, 1900.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the second judicial department, entered respectively, October 13 and October 5, 1897, in favor of plaintiff, upon the submission of a controversy on an agreed statement of facts, under section 1279 of the Code of Civil Procedure.

*John C. McGuire* for appellants.

*Jacob H. Shaffer* and *Béla D. Eisler* for respondent.

Judgment and order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON and WERNER, JJ. Not sitting: CULLEN, J.